IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FREDDIE CASTRO, | : | FEDERAL TORT CLAIMS ACT |
| Plaintiff, | : | 28 U.S.C. §§ 1346(b) & 2671 et seq. |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| Defendant. | : | 1:25-CV-5218-ELR-JEM |

### ORDER

Plaintiff, Freddie Castro, represented by counsel, submitted a complaint under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) & 2671 *et seq.* (Doc. 1.)

Defendant submitted an unopposed motion for extension of time to respond to the complaint, until February 5, 2026. (Doc. 12.) For good cause shown, Defendant's unopposed motion for extension of time to respond to the complaint (Doc. 12) is **GRANTED**. Defendant's response to the complaint is due on February 5, 2026.

Defendant's counsel submitted a request for leave of absence as to court appearances in this case, for certain dates between December 24, 2025, and July 5, 2026. (Doc. 11.) The request for leave of absence (Doc. 11) is **GRANTED** as to court appearances in this case, for the dates given in the request.

**SO ORDERED**, this 18th day of December, 2025.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE